FILED 28 NOV '11 11:21 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MILAUDI, KARBOAU,**<br>*Plaintiff-Appellant,*<br><br>v<br><br>The City of Portland and County of Multnomah Oregon; Michael Reese Portland Police Chief; Denial, Stanton, Multnomah County Sheriff; Michael, Schrank, Multnomah County District Attorney; Patrick, Callahan Multnomah County Assistant District Attorney; Jim Lawrence, Portland Police Officer; Three John Does Portland Police Officers One John Doe Portland Police Sergeant; Bill Jeffery, Multnomah County Probation Officer; sued in their Personal Individuals, and Official Capacities;<br>*Defendants-Appellee* | District Court<br>Case No. <u>6:11-CV-679-JO</u><br><br>9th, Cir Case _____<br><br>**CIVIL RIGHTS COMPLAINT**<br><br><u>28 U.S.C § 1350</u><br><br>**VIENNA CONVENTION VIOLATILON**<br><br>Jury trial demanded |

---

**NOTICE OF APPEAL** from the United States District Court to the United States Court of appeal for the 9th, Circuit Court

---

Notice is hereby given that *Milaudi Karboau* (Plaintiff-Appellant) (pro se) in the above-named case* hereby appeal to the United Court of Appeals for Ninth Circuit from the final entered in this action on the day 7th, day of November 2011, by Judge Robert E. Jones. Plaintiff is presently detained in the custody of the United States, Immigration & Custom Information (USICE), Tacoma, Washington.

Respectfully dated and submitted this 21st, day of November 2011

Milaudi Karboau
A #26358197
1623 East 'J' Street #5
Tacoma, Washington 98421

1